JEFFREY I. GOLDEN, TRUSTEE
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626
Telephone:    (714) 966-1000
Facsimile:    (714) 966-1002

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In Re: | Case No.: 22-10496-SC |
| RODEO INVESTMENTS, INC. | Chapter 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor. | |

COUNSEL:  HENRIK MOSESI
TO THE ABOVE NAMED DEBTOR

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **September 21, 2022 at 9:00 AM**, for the reason(s) set forth below:

**Your meeting is continued for administrative reasons.**

**\*\*NOTE – THIS MEETING WILL TAKE PLACE REMOTELY DUE TO THE COVID-19 PANDEMIC.  IF YOU NEED INSTRUCTIONS ON HOW TO APPEAR TELEPHONICALLY OR VIA ZOOM VIDEO CONFERENCE PLEASE VISIT THE TRUSTEE'S WEBSITE AT https://pages.trusteesolutions.com/trusteegolden**

Dated:   September 8, 2022

/s/ Jeffrey I Golden
JEFFREY I. GOLDEN
Chapter 7 Trustee

I certify that I served the within notice on the above debtor and the debtor attorney, and interested parties on September 8, 2022.

/s/ Lori Werner
Lori Werner