Jeffrey I. Golden
Chapter 7 Trustee
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626
Telephone:  (714) 966-1000
Facsimile:   (714) 966-1002

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>RODEO INVESTMENTS, INC.<br><br>Debtor. | Case No.: 8:22-bk-10496-SC<br><br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL:   HENRIK MOSESI
TO THE ABOVE NAMED DEBTOR

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **August 23, 2023 at 10:00 AM**, for the reason(s) set forth below:

**The Trustee requested that you provide additional documentation.**
**The Trustee requested additional information.**

**\*\*NOTE – THIS MEETING WILL TAKE PLACE REMOTELY. IF YOU NEED INSTRUCTIONS ON HOW TO APPEAR TELEPHONICALLY OR VIA ZOOM VIDEO CONFERENCE PLEASE VISIT THE TRUSTEE'S WEBSITE AT https://cases.stretto.com/jeffreygolden**

Dated:    July 19, 2023                                        /s/ Jeffrey I. Golden
                                                                              JEFFREY I. GOLDEN
                                                                              Chapter 7 Trustee

I certify that I served the within notice on the above debtor and the debtor attorney and interested parties on July 19, 2023.

                                                                              /s/ Lori Werner
                                                                              Lori Werner